# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-213** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **DENNIS TUBBERGEN** and | : | |
| **CHRISTOPHER OSTROWSKI** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 17th day of October, 2019, upon consideration of the Government's Motion (Doc. 90) to Dismiss Indictment without Prejudice Pursuant to F.R.Crim.P. 48 (a) and, noting the concurrence of counsel for defendants Tubbergen and Ostrowski in the government's motion, it is hereby ORDERED that the motion is GRANTED. The Indictment in this matter is dismissed without prejudice pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure.

In the event this Court does not accept the guilty plea of GTBK, or does not accept the plea agreement between GTBK and the Government, or there is a breach of the plea agreement, the United States may, at its sole election, reinstate these dismissed charges, or seek additional charges, against the defendants.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania